# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **LONNELLE ANTWON LANGLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:18CV00063 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **RICKY RICHERSON, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |
| | ) | |

Lonnelle Antwon Langley, proceeding *pro se*, filed this civil rights complaint under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of Virginia. Because the prison where the claims arose is located within the Western District, however, the case was transferred to this court. By Order entered February 12, 2018, the court directed Langley to submit to the court within 21 days from the date of the Order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official. *See* 28 U.S.C. § 1915(b). Langley was advised that a failure to comply would result in dismissal of this action without prejudice.

The copy of the February 12 Order that was mailed to Langley at the prison address he provided has been returned to the court as undeliverable, with a notation

indicating that the inmate refused to accept the mailing. Based on this event, I conclude that Langley has failed to prosecute this action, pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, I will dismiss the action without prejudice. *See Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to respect for court orders, and dismissal is an appropriate sanction for non-compliance); *Donnelly v. Johns-Manville Sales Corp.*, 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)). The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Langley.

ENTER: February 23, 2018

/s/ James P. Jones
United States District Judge